USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

PATRICK HOPKINS-DRAGO,

                   Defendant.

No. 18 CR 463-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service**

On July 14, 2023, Defendant was arraigned on two specifications identified in a violation of supervised release report, dated August 3, 2022. Defendant entered a denial and was detained on consent. Defendant now moves the Court to issue an order releasing Defendant from custody for the sole purpose of Defendant's admission into the Serendipity Program, an inpatient treatment program affiliated with New York Therapeutic Communities, Inc., and located in Brooklyn, NY. (ECF No. 37.) Defendant's motion is unopposed.

**It is hereby ORDERED** that Defendant, PATRICK HOPKINS DRAGO, be released from custody. The U.S. Marshals are to release the Defendant unless any pending warrants, detainers, or other issues are encountered. The U.S. Marshals are to release Defendant into the custody of Federal Defenders of New York, Inc., who in turn is ordered to transport Defendant directly into the custody of the Serendipity Program.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 37. SO ORDERED.

Dated:   October 10, 2023
       White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge